*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

Plaintiff-Appellee,

v

JAMES EDWARD JONES,

Defendant-Appellant.

UNPUBLISHED
March 12, 2020

No. 345742
Bay Circuit Court
LC No. 18-010043-FH

Before: CAMERON, P.J., and SHAPIRO and LETICA, JJ.

SHAPIRO, J. (*concurring*).

I concur in the result only.

/s/ Douglas B. Shapiro